UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JACK MCINTIRE, :
:
:
Plaintiff, :
: 21-cv-1869 (LJL)
-v- :
: ORDER
:
SENECA BIOPHARMA, INC., et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2021

LEWIS J. LIMAN, United States District Judge:

      This case has been assigned to the Court because of its relatedness to previously filed cases.

      On February 26, 2021, the Court consolidated actions involving such common questions of law and fact pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure. *See Sheridan v. Seneca Biopharma, Inc.*, No. 21-cv-0166, Dkt. No. 4.

      Accordingly, IT IS HEREBY ORDERED that this case is consolidated under *Sheridan v. Seneca Biopharma, Inc.*, No. 21-cv-0166. The Clerk of Court is directed to consolidate No. 21-cv-1869 under No. 21-cv-0166, and to close No. 21-cv-1869.

      IT IS FURTHER ORDERED that the parties in this case shall comply with all orders in effect under No. 21-cv-0166.

      SO ORDERED.

Dated: March 10, 2021
       New York, New York

                                        LEWIS J. LIMAN
                                       United States District Judge